RECEIVED

12/22/2020 AM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Adam Ryan Jobes

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:20-CV-7700**

**JUDGE WOOD**
**MAGISTRATE JUDGE COLE**

vs.

Governor J.B. Pritzker

Attorney General Lisa Madigan

Illinois Department of Corrections Director

Kim Foxx Cook County State Attorney

Director/Sheriff Tom Dart.

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.      **Plaintiff(s):**

  A.    Name: Adam Ryan Jakes

  B.    List all aliases: None

  C.    Prisoner identification number: 2020 1104055

  D.    Place of present confinement: Cook County Jail

  E.    Address: P.O. Box 089002 Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.     **Defendant(s):**
  (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A.    Defendant: J. B. Pritzker

        Title: Governor of

        Place of Employment: Governor of Illinois

  B.    Defendant: Lisa Madison

        Title: Attorney General of Illinois Office

        Place of Employment: Attorney General Offices

  C.    Defendant: Illinois Department of Corrections Director

        Title: Director of I.D.O.C.

        Place of Employment: 1301 Concordia Court Springfield IL 62794

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant(s)

D  Defendant: Kim Foxx
   Title : State Attorney of Chicago
   Place of Employment: State Attorney of Chicago

E.  Defendant: Tom Dart
   Title : Sheriff
   Place of Employment: Cook County Department.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Jobes v. Godnier 15-cv-4481_

B. Approximate date of filing lawsuit: _2015/or 2014_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~_____~~
~~_____~~ _ADAM Ryan Jobes_

D. List all defendants: _S A. Goldware, Bedwell, Hobas_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Samuel Der-Yegde_

G. Basic claim made: _Conditions_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Lose on Jury trail._

I. Approximate date of disposition: _2019_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

1. Plaintiff Request the Honor courts to order, the governor J. B. Pritzker to address the overcrowdness of State Inmates held at Cook County Department of Corrections.

2. Plaintiff Request the Honor court to enter an order to the Attorney General Office to order Illinois Department of Corrections to address the waiting time to be transfered from Cook County Department of Corrections.

3. Plaintiff Request the Honor Court for the Attorney general office to uphold the law that pass on the yearly bases exspecilty the 2020 house Bills And laws.

4. Plaintiff Request the Illinois Department of Corrections Director to perform All Duties As transfer's, good time, pandemic good time, phone time pricing, commissary pricing, Health Care Proceeures, Law Libary time, BarBara shop items, Dental care to be allowed And order the Cook County Departments of Corrections.

5. Now the Illinois Department of Corrections Are

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Using the Cook County jail As A State prison Facuilty. The Plaintiff is/has been denialed to recieve any of the state Services As following Approved State Health Care items from commissary, State Approved phone pricing of .01 per mintune for phone calls, State Approved commissary pricing from the State commissary vendor, state Approved commissary items, State Approved Law Libary time of 2-2 hours visits per week, State Approved Dental Care, Approved State Recuration. time.

6. The Plaintiff has been force by the State officals And the Stateville Worden to not recieve Any of the Allowed good time, pandmic good time, calculation sheets or out date released information, PRB Board requirment per release. The plaintiff has been waiting for transfer since November 25, 2020 And I have been told stateville Correction Center NRC is only recieving immediately released inmate only.

7. Plaintiff Request the State Atterney to provided And Emergeny location At the Cook county Jail for state Detainess to recieve the full Access to the state Approved visit's, State Approved commissary items And pricing, State Approved phone pricing, State Approved Health care Needs And Dental Needs, state Approved release date caulenlation Sheets, PRB Review And hearings, state Approved good time allowed

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

By the ILLinois Department of Corrections.

8. Plaintiff Request Tom Dart. to follow All city requirements And state guildline to the Federal General order from the Covid-19 CDC Requirements. Still Tom Dart has failed the 6-foot Disiting, Over crowdness of the Covid-19 jail Requirements. by Federal Orders.

9. Plaintiff Request Tom Dart to follow are General Orders for the Covid-19.

10. Plaintiff order/Request the State Attorney office to inforce ILLinas Department of Corrections to come And release There detainess. to there Custody.

11. Plaintiff order the State Attorney to uphold All Laws that is suppose to take into concideration during Plea agrement, sentecing, or jury trail The law from 2020 Per certine Law that is for detainess that is lock up

12. Plaintiff order the State Attorney office to follow the ILLinois State Law in all Legal matters.

13. Now the State Attorney is Allowing Tom dart to place inmate into gyms to sleep onto the floor.

14. Now All name Defendants has been in violation of the 8th, 9th, 10th, 14.1 Amendment Right of the United State Constutition

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.     Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Computary damages - 750,000 per defendant
Puntive DAmages - 750,000.00 per defendant
And plaintiff Re ORder for all name DefendANt to
be place on Amidastration leave without no PAy And
if found guilty charge to be brought up Against
them.

VI.     The plaintiff demands that the case be tried by a jury.     ☑ YES     ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

(Signature of plaintiff or plaintiffs)

_____

(Print name)

_____

(I.D. Number)

_____

_____

(Address)

7

Legal MAIL

Clerk of the U.S. District
219 South DearBorn
Chicago Illinois
60604

RECEIVED
DEC 22 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OSS
789002
ILLinois
60608

al MAIL

l MAIL

